1
2
3
4
5
6          UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA
7
   Consejo de Desarrollo Economico de
8  Mexicali, AC; et al.,                )    Case #  2:05-cv-0870-PMP-LRL
                                         )
9           Plaintiff,                   )
                                         )    VERIFIED PETITION FOR
10      vs.                              )    PERMISSION TO PRACTICE
   United States of America, et al.,     )    IN THIS CASE ONLY BY
11                                       )    ATTORNEY NOT ADMITTED
                                         )    TO THE BAR OF THIS COURT
12                                       )
           Defendant(s).                 )    EFFECTIVE JUNE 1, 2004
13 _____ )    FILING FEE IS $175.00

14
        WILLIAM JENKINS
15      _____, Petitioner, respectfully represents to the Court:

16
                                          455 Golden Gate Avenue, Suite
17    1.   That Petitioner resides at _____.
                                              (street address)
18  11000*, San Francisco,                      San Francisco County
   _____,   _____.
19        (city)                                   (county)
                                  94102      415  703-5527
20  California                   ,_____,  _____.
         (state)                 (zip code)    (area code + telephone number)
21
       *  For security reasons, Petitioner requests permission to withhold
22        disclosure of residential address.

23
24
25  CAUTION:  DO NOT REVISE OR RETYPE THIS FORM
26
27
28

2. That Petitioner is an attorney at law and a member of the law firm of <u>California Department of Justice- Office of the Attorney General</u> with offices at <u>455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102</u>,
(street address)

_____, _____, <u>415/703-5527</u>
(city)            (zip code)   (area code + telephone number)

3. That Petitioner has been retained personally or as a member of the law firm by <u>State of California</u> to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since <u>December 11, 1989</u>, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of <u>California</u>
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| U.S. Supreme Court | October 14, 1997 |
| U.S. District Court, East, Dist. CA | November 12, 1993 |
| U.S. District Court, So. Dist. CA | March 7, 1994 |
| U.S. District Court, Central, CA | September 14, 1993 |
| U.S. District Court, No. Dist. CA | December 11, 1989 |
| U.S. Court of Appeals, 9th Cir. | December 11, 1989 |

2

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Not applicable.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

Not applicable.

8. That Petitioner is a member of good standing in the following Bar Associations:

California State Bar

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| February 3, 2006, | CDEM v. U.S. Case No. 2:05-CV-0870-PMP-LRL | U.S.D.C., Nevada | Granted Peter E. ~~Von Haam~~ |

(If necessary, please attach a statement of additional applications)

3

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF  California         )
COUNTY OF San Francisco  )

William Jenkins Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this
27th day of March, 2006

_____
Notary public or Clerk of Court

ANH HO
COMM. #1469679
NOTARY PUBLIC • CALIFORNIA
SAN FRANCISCO COUNTY
Comm. Exp. FEB. 10, 2008

APPROVED:
Dated: this 27 day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

4

Rev 06/04

## DECLARATION OF SERVICE
(AG Mailroom)

Case Name:  **Consejo de Desarrollo Economico de Mexicali, AC; et al. v. United States of America, et al.**

Case No.:  **2:05-cv-0870-PMP-LRL**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 27, 2006, I served the attached **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102, addressed as follows:

Daniel G. Bogden, U.S. Attorney
Blaine T. Welsh, Asst. U.S. Attorney
District of Nevada
333 Las Vegas Blvd. South, Ste 5000
Las Vegas, NV 89101

Kelly A. Johnson/Michael A. Gheleta
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, Ste 945 North Tower
Denver, CO 80027

S. Jay Govindan, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Ben Franklin Station/P.O. Box 7369
Washington, D.C. 20004-7369

Kathy Robb
Hunton & Williams LLP
200 Park Avenue
New York, New York 10166

Kevin R. Stolworthy
Jones Vargas
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, NV 89109

Virginia S. Albrecht
Hunton & Williams LLP
1900 K Street NW, 12th Floor
Washington, District of Columbia 20006

Douglas K. Miller, General Counsel
Central Arizona Project
P.O. Box 43020
23636 North Seventh Street
Phoenix, AZ 85080-3020

George J. Chanos/
James H. Davenport/Jennifer T. Crandell
Attorney General's Office
555 East Washington, Suite 3100
Las Vegas, NV 89101-1048

| | |
|---|---|
| John J. Entsminger/James Taylor<br>Southern Nevada Water Authority<br>1001 South Valley View Boulevard<br>Las Vegas, NV 89153 | David A. Hornbeck<br>1675 Lakeside Drive<br>Reno, NV 89509 |
| Joseph R. Membring<br>Hall Estill Hardwick Gable Golden & Nelson<br>1120 20th Street, N.W.<br>Washington, D.C. 20036-3406 | Steven L. Hoch/Scott S. Slater<br>C. Wesley Strickland<br>Hatch & Parent<br>11911 San Vincente Blvd., Suite 350<br>Los Angeles, CA 90049 |
| Daniel Hentschke, General Counsel<br>San Diego County Water Authority<br>4677 Overland Avenue<br>San Diego, CA 92123-1233 | James D. Hibbard<br>Bullivant Houser Bailey<br>3980 Howard Hughes Parkway, Ste 550<br>Las Vegas, NV 89109 |
| Nancy L. Allf / Josh M. Reid<br>Parsons Behle & Latimer<br>411 East Bonneville Avenue, Ste 300<br>Las Vegas, NV 89101 | Sheri M. Schwartz<br>Lewis Brisbois Bisgaard & Smith LLP<br>400 South Fourth Street, Suite 500<br>Las Vegas, Nevada 89101 |
| James P. Lough/Steven E. Boehmer<br>Jennifer M. Lyon<br>McDougal, Love, Eckis, Smith Boehmer & Foley<br>460 North Magnolia<br>El Cajon, CA 92020 | |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 27, 2006, at San Francisco, California.

| | |
|---|---|
| Marlene Dong | *[signature: Marlene Dong]* |
| Typed Name | Signature |